## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC, INC., ET AL.,    )
      Plaintiffs                  )
                                )
                  v.                  )   C.A. No. 12-cv-30177-MAP
                                )
WILLIAM A. SNYDER, ET AL.,        )
      Defendants                  )

## ORDER

### May 22, 2013

PONSOR, U.S.D.J.

     On January 16, 2013, this court issued a Notice of Entry of Default against the three Defendants in this case based upon their failure to file any answer or responsive pleading in this case.  Copies of the Notice of Entry of Default to the two individual Defendants and the corporate Defendant were returned as "Undeliverable."  Nothing has happened in this case since then.

     Based upon this, the court hereby orders Plaintiffs to notify this court in writing no later than May 31, 2013 as to their intention to proceed with this case and, if so, what they propose to do.  Failure to file the report by May 31, 2013 will result in dismissal.

     It is So Ordered.

                       /s/ Michael A. Ponsor
                      MICHAEL A. PONSOR
                      U. S. District Judge